UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR SAHEBALZAMANY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AYAZ VIRJI, et al.,<br><br>　　　　Defendants. | Case No.: 3:25-cv-00640-CRB<br><br>MODIFIED STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CASE MANAGEMENT SCHEDULE<br><br>Hon. Charles R. Breyer |
| AYAZ VIRJI, et al.,<br><br>　　　　Third-Party Plaintiffs,<br><br>　v.<br><br>MONARCH CONSULTING GROUP, LLC, a California limited liability company,<br><br>　　　　Third-Party Defendant. | |

　　　　Plaintiffs Amir Sahebalzamany, Nasser Aliabadi, Jonathan Aliabadi, and Cambiz Aliabadi; Defendants Ayaz Virji, Are You Hungry Inc, Dakota Restaurant Partners Inc., Gold Rush Foods Inc., Anaya Investments Inc., and Gold Rush Re LLC; and Third-Party Defendant Monarch Consulting Group, LLC ("Monarch"), by and through their undersigned counsel, stipulate as follows.

　　　　Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 6-2, the parties respectfully stipulate and jointly request that the Court modify the case management schedule, including continuing the trial date, for good cause shown. The requested modification will permit the parties to conduct alternative dispute resolution proceedings and complete fact and expert

discovery in an orderly manner without prejudice to any party, while conserving judicial resources.

## I. BACKGROUND AND GOOD CAUSE

On May 27, 2025, Plaintiffs filed the First Amended Complaint.

On July 15, 2025, Defendants filed the Motion to Dismiss the First Amended Complaint. The original date set for hearing was August 29, 2025.

On July 16, 2025, the Court vacated the foregoing hearing date and reset the hearing for September 19, 2025.

On September 19, 2025, the Court heard and denied Defendants' Motion to Dismiss the First Amended Complaint and adopted the schedule proposed by Plaintiffs and Defendants in the conjunction with the case management conference.

On September 29, 2025, Defendants filed their answer, asserting counterclaims against Plaintiff and Counterclaim Defendant Cambiz Aliabadi and third-party claims against Third-Party Defendant Monarch.

On October 20, 2025, Cambiz Aliabadi filed the Motion to Dismiss Counterclaims. The original date set for hearing was December 12, 2025.

On December 5, 2025, the Court vacated the foregoing hearing date and reset the hearing for February 13, 2026.

Trial is currently set to commence on December 1, 2026. This is the first request to modify the schedule.

Good cause exists to modify the schedule because (1) Third-Party Defendant Monarch did not have an opportunity to provide comments on the schedule submitted in connection with the case-management conference; (2) the pleadings are not yet complete, and may require months after the hearing on the motion to dismiss counterclaims to be completed; (3) the procedural complexity of the case, including third-party pleading and multiple rounds of motion practice, has resulted in knock-on delays; (4) expert discovery cannot proceed efficiently until the allegations and claims are set and fact discovery is closed; and (5) extension of certain

deadlines will allow the parties to participate meaningfully in alternative dispute resolution processes, such as mediation.

The parties have acted diligently and promptly sought relief upon determining that the existing schedule could not be met despite reasonable efforts. The requested scheduling modifications will not prejudice any party, nor is trial imminent. The case will be more efficiently tried after completion of discovery and motion practice following the proposed modified schedule, conserving judicial resources.

| Current Date | Proposed Date | Event / Deadline |
|---|---|---|
| 2/13/2026 | 2/13/2026 | Motion to Dismiss Counterclaim Hearing |
| 2/27/2026 | 2/27/2026 | Deadline for Monarch Response to Third-Party Complaint |
| 4/13/2026 | 4/13/2026 | Fact Discovery Closes |
| 2/27/2026 | 5/22/2026 | Initial Disclosure of Experts and Expert Reports |
| 6/8/2026 | 6/8/2026 | Settlement Conference - Telephone Conference |
| 6/10/2026 | 6/10/2026 | Settlement Conference |
| 3/27/2026 | 6/12/2026 | Disclosure of Responsive Experts and Expert Reports |
| 4/10/2026 | 7/3/2026 | Rebuttal Expert Disclosures and Expert Reports |
| 5/8/2026 | 7/24/2026 | Expert Depositions Must Be Completed |
| 6/12/2026 | 8/21/2026 | Opening Motions for Summary Judgment |
| 7/10/2026 | 9/18/2026 | Oppositions to Motions for Summary Judgment |
| 7/31/2026 | 10/2/2026 | Replies in Support of Motions for Summary Judgment |
| ~~10/2/2026~~ | ~~1/15/2027~~ | ~~Deadline to File Witness and Exhibit Lists~~ |
| ~~10/16/2026~~ | ~~1/29/2027~~ | ~~Deadline to File Motions in Limine~~ |
| ~~10/16/2026~~ | ~~1/29/2027~~ | ~~Joint Proposed Pre-Trial Order~~ |
| ~~10/23/2026~~ | ~~2/5/2027~~ | ~~Oppositions to Motions in Limine~~ |
| ~~10/30/2026~~ | ~~2/12/2027~~ | ~~Replies in Support of Motions in Limine~~ |
| ~~10/30/2026~~ | ~~2/12/2027~~ | ~~Proposed Jury Instructions~~ |
| ~~11/6/2026~~ | ~~2/19/2027~~ | ~~Pretrial Conference~~ |
| ~~11/24/2026~~ | ~~3/9/2027~~ | ~~Trial Briefs~~ |
| ~~12/1/2026~~ | ~~3/16/2027~~ | ~~Trial~~ |

## II.   CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court approve the proposed modifications to the case management schedule.

Dated: December 18, 2025

        WILLES LAW
        By: */s/ Michael Willes*
           Michael Willes, SBN 273145
             Direct: 971-803-2995
             Email: michael@willes-law.com

Attorneys for Defendants Ayaz Virji, Are You Hungry Inc, Dakota Restaurant Partners Inc., Gold Rush Foods Inc., Anaya Investments Inc., and Gold Rush RE LLC

        HOGE FENTON
        By: */s/ Remington A. Lenton-Young*
           Ronald C. Finley, SBN 200549
             Direct: 408-287-9501
             Email: ronald.finley@hogefenton.com
           Remington A. Lenton-Young, SBN 295392
             Direct: 408-287-2583
             Email: remington.lenton-young
                @hogefenton.com
           Steven Davidson, SBN 346755
             Direct: 408-947-2443
             Email: steven.davidson@hogefenton.com

Attorneys for Plaintiffs Amir Sahebalzamany, Nasser Aliabadi, Jonathan Aliabadi, and Cambiz Aliabadi

        KAUFMAN DOLOWICH
        By: */s/ Michael Wilk*
           Michael Wilk, SBN 109151
             Direct: 424-652-7430
             Email: michael.wilk@kaufmandolowich.com
           Austin Kulik, SBN 356954
             Direct: 424-652-7400
             Email: austin.kulik@kaufmandolowich.com

Attorneys for Monarch Consulting Group, LLC

|   |   |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | Upon stipulation of the parties and good cause shown, IT IS HEREBY ORDERED that |
| 3 | the case management schedule is modified as set forth above. All other provisions of the Court's |
| 4 | prior order remain in effect. Pretrial and Trial deadlines to be determined. |
| 5 | Dated: December 19, 2025 |

_____
Hon. Charles R. Breyer
United States District Judge