## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR SAHEBALZAMANY, et al., | Case No.: 3:25-cv-00640-CRB |
| Plaintiffs, | |
| v. | **STIPULATION AND [PROPOSED] ORDER DISMISSING COUNTERCLAIMS AND THIRD-PARTY COMPLAINT WITHOUT PREJUDICE** |
| AYAZ VIRJI, et al., | |
| Defendants. | Hon. Charles R. Breyer |
| AYAZ VIRJI, et al., | |
| Third-Party Plaintiffs, | |
| v. | |
| MONARCH CONSULTING GROUP, LLC, a California limited liability company, | |
| Third-Party Defendant. | |

Counterclaimants and Third-Party Plaintiffs Ayaz Virji, Are You Hungry Inc., Dakota Restaurant Partners Inc., Gold Rush Foods Inc., Anaya Investments Inc., and Gold Rush RE LLC (collectively, the "Counterclaimants/Third-Party Plaintiffs"), Plaintiff/Counterclaim-Defendant Cambiz Aliabadi, and Third-Party Defendant Monarch Consulting Group, LLC ("Monarch") hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), as follows:

1. **Dismissal of Counterclaims Without Prejudice.** The Counterclaims asserted by Counterclaimants/Third-Party Plaintiffs against Cambiz Aliabadi are hereby dismissed without prejudice.

– 1 –                              Case No. 3:25-cv-00640-CRB

**STIP. DISMISSAL OF COUNTERCLAIMS AND THIRD-PARTY COMPLAINT WITHOUT PREJUDICE**

2. **Dismissal of Third-Party Complaint Without Prejudice.** The Third-Party Complaint asserted by Counterclaimants/Third-Party Plaintiffs against Monarch is hereby dismissed without prejudice.

3. **No Award of Fees, Costs, or Disbursements**. Each party shall bear its own attorney fees, costs, and disbursements incurred in connection with the Counterclaims and the Third-Party Complaint, unless otherwise agreed in writing.

4. **No Effect on Remaining Claims.** This stipulation affects only the Counterclaims and the Third-Party Complaint described above. It does not affect any other portion of Defendants' Answer or Affirmative Defenses. All other claims and defenses in this action remain unaffected.

[*Signature page follows*.]

STIP. DISMISSAL OF COUNTERCLAIMS AND THIRD-PARTY COMPLAINT
WITHOUT PREJUDICE

Dated: February 3, 2026

WILLES LAW
By:  /s/ Michael Willes
    Michael Willes, SBN 273145
     Direct: 971-803-2995
     Email: michael@willes-law.com

Attorneys for Defendants Ayaz Virji, Are You
Hungry Inc, Dakota Restaurant Partners Inc.,
Gold Rush Foods Inc., Anaya Investments Inc., and
Gold Rush RE LLC

HOGE FENTON
By:  /s/ Steven Davidson
    Ronald C. Finley, SBN 200549
     Direct: 408-287-9501
     Email: ronald.finley@hogefenton.com
    Remington A. Lenton-Young, SBN 295392
     Direct: 408-287-2583
     Email: remington.lenton-young
         @hogefenton.com
    Steven Davidson, SBN 346755
     Direct: 408-947-2443
     Email: steven.davidson@hogefenton.com

Attorneys for Plaintiffs Amir Sahebalzamany,
Nasser Aliabadi, Jonathan Aliabadi, and Cambiz
Aliabadi

KAUFMAN DOLOWICH
By:
    Michael Wilk, SBN 109151
     Direct: 424-652-7430
     Email: michael.wilk@kaufmandolowich.com
    Austin Kulik, SBN 356954
     Direct: 424-652-7400
     Email: austin.kulik@kaufmandolowich.com

Attorneys for Counterclaim Defendant Cambiz
Aliabadi and Third-Party Defendant Monarch
Consulting Group, LLC

– 3 –              Case No. 3:25-cv-00640-CRB

**STIP. DISMISSAL OF COUNTERCLAIMS AND THIRD-PARTY COMPLAINT
WITHOUT PREJUDICE**

[~~PROPOSED~~] ORDER

Upon stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), IT IS HEREBY ORDERED that:

1.  The Counterclaims asserted by Counterclaimants/Third-Party Plaintiffs against Cambiz Aliabadi are DISMISSED WITHOUT PREJUDICE.

2.  The Third-Party Complaint asserted by Counterclaimants/Third-Party Plaintiffs against Monarch is DISMISSED WITHOUT PREJUDICE.

3.  Each party shall bear its own attorney fees, costs, and disbursements as to the dismissed Counterclaims and Third-Party Complaint.

4.  All other claims and defenses in this action, if any, remain pending and unaffected.

Dated: February 4, 2026

_____
Hon. Charles R. Breyer
United States District Judge

– 4 –                     Case No. 3:25-cv-00640-CRB

**STIP. DISMISSAL OF COUNTERCLAIMS AND THIRD-PARTY COMPLAINT WITHOUT PREJUDICE**