HOGE, FENTON, JONES & APPEL, INC.
Ronald C. Finley (SBN 200549)
ronald.finley@hogefenton.com
Remington A. Lenton-Young (SBN 295392)
remington.lenton-young@hogefenton.com
Steven J. Davidson (SBN 346755)
steven.davidson@hogefenton.com
55 South Market Street, Suite 900
San Jose, California 95113-2324
Telephone: 408.287.9501
Facsimile: 408.287.2583

Attorneys for Plaintiffs
Amir Sahebalzamany, Nasser Aliabadi,
Jonathan Aliabadi and Cambiz Aliabadi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR SAHEBALZAMANY, et al.,<br><br>             Plaintiffs,<br><br>       v.<br><br>AYAZ VIRJI, et al.,<br><br>             Defendants. | Case No. 3:25-cv-00640-CRB<br><br>**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF PENDING SETTLEMENT AND [~~PROPOSED~~] ORDER STAYING PROCEEDINGS**<br><br>Judge:    Hon. Charles R. Breyer |

Plaintiffs Amir Sahebalzamany, Nasser Aliabadi, Jonathan Aliabadi, and Cambiz Aliabadi (collectively "Plaintiffs"), and Defendants Ayaz Virji, Are You Hungry Inc, Dakota Restaurant Partners Inc., Anaya Investments Inc., Gold Rush Foods Inc., and Gold Rush RE LLC (collectively "Defendants", collectively with Plaintiffs the "Settling Parties") hereby file this Joint Motion to Stay All Deadlines and Notice of Pending Settlement between parties.

The Settling Parties are diligently working to finalize the details of the settlement and settlement agreement.

In the interim, the Settling Parties move for a stay in the matter of all decisions, hearings and/or deadlines related to Plaintiffs claims against the Defendants, and that no further proceedings related to those claims be scheduled until the settlement is finalized.

DATED:  March 16, 2026                    Respectfully submitted,

                                          HOGE, FENTON, JONES & APPEL, INC.


                                          By:         _/s/ Steven J. Davidson_
                                                  Steven J. Davidson
                                                  Attorneys for Plaintiffs
                                                  Amir Sahebalzamany, Nasser Aliabadi,
                                                  Jonathan Aliabadi, Cambiz Aliabadi


DATED:  March 16, 2026                    Respectfully submitted,

                                          WILLES LAW, P.C


                                          By:         _/s/ Michael Willes_
                                                  Michael Willes
                                                  Attorneys for Defendants
                                                  Ayaz Virji, Are You Hungry Inc, Dakota
                                                  Restaurant Partners Inc., Anaya Investments Inc.,
                                                  Gold Rush Foods Inc., and Gold Rush RE LLC

JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF PENDING SETTLEMENT
AND [PROPOSED] ORDER STAYING PROCEEDINGS

**[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES**

On this date the Court considered the Joint Motion to Stay All Deadlines and Notice of Pending Settlement between Plaintiffs Amir Sahebalzamany, Nasser Aliabadi, Jonathan Aliabadi, and Cambiz Aliabadi (collectively "Plaintiffs"), and Defendants Ayaz Virji, Are You Hungry Inc, Dakota Restaurant Partners Inc., Anaya Investments Inc., Gold Rush Foods Inc., and Gold Rush RE LLC (collectively "Defendants", collectively with Plaintiffs the "Settling Parties"). Based on the motion, the grounds set forth therein, and the agreement of the parties to the motion, the Court finds that good cause has been established and the Joint Motion to Stay should be GRANTED.

It is therefore ORDERED that all proceedings in this case between Settling Parties , including all pending deadlines between the parties are stayed until __May 29_____, 2026.

IT IS SO ORDERED.

Dated: ___March 17, 2026_____          ___[signature]_____

Hon. CHARLES R. BREYER
Judge, United States District Court

JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF PENDING SETTLEMENT
AND [~~PROPOSED~~] ORDER STAYING PROCEEDINGS